# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHANA K. EHRLER,<br><br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL<br>(PREVIOUSLY CAROLYN W. COLVIN),<br>Acting Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:16-CV-00204-RHW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: 1. Plaintiff's Motion for Summary Judgment, ECF No. 17, is DENIED;
2. Defendant's Motion for Summary Judgment, ECF No. 18, is GRANTED; and
3. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for summary judgment.

Date: nunc pro tunc 05/09/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas